## Walsh *against* Hill, jun.

JOHNSON, for the defendant, moved for judgment as in case of nonsuit, for not proceeding to trial.

*Sedgwick*, contra, objected that the affidavit on which the motion was founded, did not mention where the *venue* was laid.

*Per Curiam.* The affidavit ought to mention in what county the *venue* is laid, so that the court may know whether the plaintiff could have brought the cause to trial since the issue was joined.

Rule refused.